UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| CURRAN & CONNORS, INC., | ) | Case No.: C 11-01212 PSG |
| Plaintiff, | ) ) | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| v. | ) ) | |
| BRIAN MCGLYNN, | ) ) | |
| Defendants. | ) ) | |

On June 7, 2011, Plaintiff Curran & Connors, Inc. appeared for a status conference. Based on the discussions held at the conference, a further status conference shall be held on July 5, 2011 at 2PM.

IT IS SO ORDERED.

Dated: June 13, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*